## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BELLSOUTH TELECOMMUNICATIONS, LLC ) | CIVIL ACTION | |
| d/b/a AT&T LOUISIANA ) | | |
| Plaintiff, ) | NO. _____ | |
| ) | | |
| v. ) | JUDGE _____ | |
| ) | | |
| LOUISIANA HEARING AND TELEPHONE ) | MAGISTRATE JUDGE | |
| CORPORATION D/B/A LOUISIANA PACIFIC, ) | _____ | |
| Defendant. ) | | |

## COMPLAINT

Plaintiff BellSouth Telecommunications, LLC, d/b/a AT&T Louisiana, files this Complaint against Defendant Louisiana Hearing and Telephone Corporation, d/b/a Louisiana Pacific, for breach of contract. Plaintiff requests that the Court award it damages, along with interest, costs, and attorneys' fees.

## NATURE OF THE CASE

Plaintiff seeks to recover over $75,000.00 in unpaid charges, for certain wholesale services, provided by Plaintiff to Defendant, in Louisiana, pursuant to the terms of a binding contract between the parties. There is no dispute that Plaintiff provided those services to Defendant, and properly billed Defendant for those services, in accordance with the terms of the parties' written agreement. Yet, Defendant systematically failed to pay for those services, resulting in an unpaid balance of over $75,000.00, and then failed to cure its default, despite its obligation to do so.

## PARTIES

1. Plaintiff BellSouth Telecommunications, LLC, d/b/a AT&T Louisiana ("AT&T"), is a limited liability corporation, organized under the laws of the State of Georgia, with its principal place of business in Atlanta, Georgia.

2. On information and belief, Defendant Louisiana Hearing and Telephone Corporation, d/b/a Louisiana Pacific ("Louisiana Pacific") is a corporation organized under the laws of the State of Louisiana, and having its principal place of business at 5615 Corporate Blvd., Suite 400B, Baton Rouge, Louisiana 70808.

3. Louisiana Pacific may be served through its registered agent, CT Corporation System, 3867 Plaza Tower Dr., Baton Rouge, Louisiana 70816.

## JURISDICTION AND VENUE

4. This Court has diversity jurisdiction under 28 U.S.C. § 1332, because this is a civil action between citizens of different states, and the amount in controversy exceeds the sum of $75,000.00. For purposes of determining diversity jurisdiction, AT&T is a citizen of Georgia, and Louisiana Pacific is a citizen of Louisiana.

5. Venue in this district is proper under 28 U.S.C. § 1391(b)(2), because a substantial portion of the events giving rise to this claim occurred in the Western District of Louisiana.

## BACKGROUND FACTS

6. AT&T and Louisiana Pacific entered into a contract, providing for Louisiana Pacific's purchase of certain wholesale services from AT&T, effective on September 8, 2011 ("the Contract").[1]

---

[1] The Contract contains confidential provisions and, therefore, is not attached. AT&T will produce the Contract as soon as a Protective Order is in place, or as ordered by the Court.

7. Louisiana Pacific agreed to purchase certain wholesale services from AT&T at specific wholesale rates, and subject to specific terms and conditions, set forth in the Contract.

8. In accordance with the Contract, for the time period of March 2014 to March 2015, Louisiana Pacific ordered certain wholesale services from AT&T, in Louisiana. AT&T provided those services and issued monthly invoices to Louisiana Pacific, for those services during this time period.[2]

9. In exchange for the wholesale services that AT&T provided to Louisiana Pacific, Louisiana Pacific agreed to remit payment in full to AT&T, by the bill due date.[3] Louisiana Pacific also agreed to pay AT&T late payment charges, for any billed amounts not paid by the bill dues date.[4] Louisiana Pacific also agreed to establish an escrow account for any withheld billed amounts, subject to a billing dispute.[5]

10. Louisiana Pacific failed to pay amounts due for such invoices, failed to pay late payment charges for all amounts not paid by the bill due date, failed to establish an escrow account, for withheld payments subject to a billing dispute, and is indebted to AT&T for a past due balance of over $78,000.00, for the services AT&T provided to Louisiana Pacific.

**COUNT I**
**(BREACH OF CONTRACT)**

11. AT&T incorporates paragraphs 1 through 10, as if fully stated herein.

---

[2] The invoices contain confidential pricing and, therefore, are not attached. AT&T will produce the invoices as soon as a Protective Order is in place, or as ordered by the Court.

[3] See Contract §11.1 of the General Terms and Conditions of the Contract.

[4] See Contract §11.2.1 of the General Terms and Conditions of the Contract.

[5] See Contract §11.8 of the General Terms and Conditions of the Contract.

12. Pursuant to the terms of the Contract, AT&T provided certain wholesale services to Louisiana Pacific, in Louisiana, and AT&T billed Louisiana Pacific, on a monthly basis for those services.

13. Louisiana Pacific owes to AT&T a past due and unpaid balance of $78,133.33, which is comprised of $71,975.64, as the amount billed to LP for wholesale services provided pursuant to the Contract, as well as an additional $6,157.69 for late payment charges as permitted by the Contract.

## COUNT II
## (ATTORNEYS' FEES AND COSTS)

14. AT&T incorporates paragraphs 1 through 13, as if fully stated herein.

16. AT&T has made written demand upon Louisiana Pacific, correctly setting forth the amount owed.

17. AT&T has retained legal counsel and is entitled to attorney's fees and costs, incurred for the collection of Louisiana Pacific's delinquent debt, pursuant to the Louisiana Open Account Statute.  See La. R.S. 9:2781.  AT&T has incurred, and will continue to incur, reasonable and necessary attorneys' fees, together with court costs and litigation expenses, for the collecting of Louisiana Pacific's delinquent past due balance, on its account with AT&T. AT&T seeks its attorney's fees, together with court costs, incurred in connection with this lawsuit.

18. AT&T demands judgment against Louisiana Pacific, for its reasonable and necessary attorney's fees and costs, incurred in connection with this lawsuit, for a unpaid past due balance on Louisiana Pacific's open account, in an amount to be determined at a the trial on the merits.

## **REQUEST FOR RELIEF**

As relief against Defendant Louisiana Pacific for breach of contract, Plaintiff AT&T respectfully requests that the Court enter judgment, in favor of Plaintiff AT&T, and against Defendant Louisiana Pacific, as follows:

a. Ordering Louisiana Pacific to pay AT&T the sum of $78,133.33, plus such interest and court costs, as allowed by the Rules of this Court;

b. Ordering Louisiana Pacific to pay AT&T attorney's fees, in an amount to be determined at trial on the merits, as allowed by Louisiana law, and

c. Granting AT&T such other or further relief, as may be necessary and proper.

Respectfully submitted,

/s/ Peter S. Thriffiley, Jr.
David F. Bienvenu (Bar No. 03070)
Peter S. Thriffiley, Jr. (Bar No. 32731)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163
Telephone:     (504) 569-2030
Facsimile:     (504) 569-2999
davisr@spsr-law.com; petert@spsr-law.com

Attorneys for BellSouth Telecommunications, LLC, d/b/a AT&T Louisiana